**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
258 Kings Highway East
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Facsimile: (856) 795-9887
*Liaison Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN ERISA LITIGATION | Civil Action No. 08-CV-1974 (DMC) |
| This Document relates to: THE CONSOLIDATED ERISA ACTION | |

**PLAINTIFFS' NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND <u>CASE CONTRIBUTION AWARDS TO NAMED PLAINTIFFS</u>**

IZARD NOBEL LLP
Robert A. Izard
Mark P. Kindall
29 South Main Street, Suite 215
West Hartford, CT  06107
Tel: (860) 493- 6292
Fax: (860) 493-6290

*Co-Lead Class Counsel*

KESSLER TOPAZ MELTZER
& CHECK, LLP
Joseph H. Meltzer
Edward W. Ciolko
Tyler S. Graden
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Co-Lead Class Counsel*

1

**PLEASE TAKE NOTICE** that on September 25, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs in the above matter will move before the Honorable Dennis M. Cavanaugh, U.S.D.J. at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey for an order:

1. Awarding attorney's fees in the amount of 33 1/3% of the Settlement Fund, for reimbursement of expenses incurred in connection with the prosecution of this Action in the amount of $463,931.44; and

2. For Case Contribution Awards in the amount of $10,000 to each of the four Named Plaintiffs, Robert Cimato, Eric D. Good, Elizabeth D. Maruca, and Louis L. Normand.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs shall rely on the accompanying (a) Memorandum of Law in Support of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to Named Plaintiffs and (b) Declaration of Edward W. Ciolko and Robert A. Izard submitted herewith and all proceedings heretofore had in this case.

The proposed form of order requested herein to be entered by the Court is attached to Plaintiffs' Notice of Motion for Final Approval of Class Action

Settlement, Certification of Settlement Class and Approval of Plan of Allocation which is being filed concurrently with the instant motion.

Dated this 24th day of August, 2012

/s  Lisa J. Rodriguez
**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
258 Kings Highway East
Haddonfield, New Jersey 08033
Telephone: (856) 795-9002
Facsimile: (856) 795-9887
*Liaison Counsel*

**IZARD NOBEL LLP**
Robert A. Izard
Mark P. Kindall
29 South Main Street, Suite 215
West Hartford, CT  06107
Tel: (860) 493-6292
Fax: (860) 493-6290
*Co-Lead Class Counsel*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Joseph H. Meltzer
Edward W. Ciolko
Tyler S. Graden
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
*Co-Lead Class Counsel*