NOT FOR PUBLICATION

CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN ERISA LITIGATION | Hon. Dennis M. Cavanaugh |
| | ORDER |
| This Document relates to: THE CONSOLIDATED ERISA ACTION | Civil Action No. 08-1974 (DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.

This matter comes before the Court upon Plaintiffs' Robert Cimato, Eric. D. Good, Elizabeth D. Maruca, and Louis L. Normand ("Plaintiffs") Motions for (a) an Order Granting Final Approval of (i) the Class Action Settlement (the "Settlement"), (ii) Certification of a Settlement Class, and (iii) the Proposed Plan of Allocation and (b) for Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards to Named Plaintiffs, and the Court having considered the submissions of the parties, and based upon the fairness hearing conducted before the Court on September 25, 2012, and upon the Court's Opinion filed this day;

IT IS this 28 day of September, 2012

**ORDERED** that Plaintiffs' Motion for Final Approval of the Settlement Agreement is **granted**; and it is further

**ORDERED** that Plaintiffs' request for Certification of a Settlement Class is **approved**; and it is further

**ORDERED** that Plaintiffs' Proposed Plan of Allocation is **approved;** and it is further

**ORDERED** that Plaintiffs' Motion for an Award of Attorneys' Fees is **granted**; and it is further

**ORDERED** that Plaintiffs' request for Reimbursement of Expenses is **approved**; and it is further

**ORDERED** that Plaintiffs' request for Case Contribution Awards to Named Plaintiffs is **approved**.

_____
Dennis M. Cavanaugh, U.S.D.J.

Date: September 28, 2012
Orig.: Clerk
cc: All Counsel of Record
    File